NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHAWN BURNS,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2024-1463

---

Petition for review of the Merit Systems Protection Board in No. AT-1221-16-0246-A-1.

---

**JUDGMENT**

---

SERENA KURTZ, Kubicki Draper PA, Tampa, FL, argued for petitioner.

ISABELLE AUBRUN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY, BRETT SHUMATE; KELLEEN O'FALLON, Office of the Chief Counsel, United States Department of Homeland Security, Philadelphia, PA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 10, 2026
Date

Jarrett B. Perlow
Clerk of Court